UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

Grey Motorola phone labeled as:
    Model: SZ1RYC34D8
    MSN: F29WGZRBP6
    IMEI: 354097-Q1-499981-5
Phone number: 604-729-1325

SEARCH WARRANT

CASE NUMBER: '08 MJ 1904

TO: Any Special Agent of the Federal Bureau of Investigation and any Authorized Officer of the United States

Affidavit(s) having been made before me by FBI Special Agent Brett Kalina, who has reason to believe that ☐ on the person or ☒ on the premises known as:

**See attachment A**

in the Southern District of California, there is now concealed a certain person or property, namely

**See attachment B**

which are the fruits, instrumentalities and evidence concerning a violation of Title 21 United States Code, Sections 841(a)(1) and 846.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before (not to exceed 10 days) 6-30-08
                                                                                                                       Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 a.m. to 10:00 p.m.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

6-20-08
Date/Time issued

at San Diego, California

Hon. Nita L. Stormes, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH _OWNER UNAVAILABLE_ |
|---|---|---|
| 06/20/2008 | 06/23/2008 | |

INVENTORY MADE IN THE PRESENCE OF: AMANDA J. CULVER

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1) Confirmation of phone number
2) Contact list (255)
3) Thirty-two deleted text messages
4) Received calls
5) Dialed calls
6) Text messages - Inbox
7) Text messages - Outbox

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____                    6-30-08
U.S Judge or Magistrate                                                    Date

## **ATTACHMENT A**

### **PROPERTY TO BE SEARCHED**

The property to be searched is described below:

Grey Motorola phone labeled as:
    Model: SZ1RYC34D8
    MSN: F29WGZRBP6
    IMEI: 354097-Q1-499981-5
Phone number: 604-729-1325

The telephone is currently being held by the Federal Bureau of Investigation in San Diego, CA.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

a. Electronic telephone books containing names and telephone numbers;

b. Electronic history of outgoing, incoming and missed calls, including telephone numbers and time, duration, and date of calls;

c. Digital appointment books;

d. Stored messages (both audio and text) to include inbox, outbox, new messages, and saved messages;

e. Stored pictures and animations;

f. Voice memos;

g. Schedules;

h. Notes;

g. Email addresses;

h. Settings of the cellular telephone including but not limited to the telephone number and subscriber history.